<u>9:30 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>THURSDAY, MARCH 23, 2023</u>

<u>Coram: RESTREPO, PHIPPS and *ROTH, Circuit Judges</u>

<u>*ZOOM CONFERENCE</u>

<u>No. 22-1596</u>

JOAN E. QUINN; et al.,
　　　　　Appellants
v.
AVCO CORPORATION; et al.

| <u>Counsel for Appellants</u> | <u>Counsel for Appellee</u> |
|---|---|
| CYNTHIA M. DEVERS | JOHN S. BAGBY, JR. |
| (15 minutes per Court) | (15 minutes per Court) |

_____

<u>No. 22-2056</u>

JENNIFER OLDHAM,
　　　　　Appellant
v.
PENN STATE UNIVERSITY; et al.

<u>Counsel for Appellant</u>　　　　　<u>Counsel for Appellees</u>

KERSTIN W. SUTTON

　　　　　　　　　　　　　　　AMY L. PICCOLA
　　　　　　　　　　　　　　　[Penn State University; Chris Harris]
　　　　　　　　　　　　　　　(8 minutes per Court)

　　　　　　　　　　　　　　　JEFFREY A. LUTSKY
　　　　　　　　　　　　　　　[Wieslaw R. Glon]
　　　　　　　　　　　　　　　(4 minutes per Court)

　　　　　　　　　　　　　　　LEE G. VALIGORSKY
　　　　　　　　　　　　　　　[George G. Abashidze]
　　　　　　　　　　　　　　　(3 minuters per Court)

(15 minutes per Court)　　　　　(15 minutes Total per Court)

<u>PAGE TWO – CONTINUED</u>                     THURSDAY, MARCH 23, 2023

<u>Coram: RESTREPO, PHIPPS and ROTH, Circuit Judges</u>

S U B M I T T E D

<u>No. 22-1566</u>
Pursuant to 3rd Cir. LAR 34.1(a)

TAMARA HILL,
Appellant
v.
WESTON SOLUTIONS INC; et al.

―――――

<u>No. 22-1757</u>
Pursuant to 3rd Cir. LAR 34.1(a)

JOSEPH RIAD; et al.,
Appellants
v.
WELLS FARGO BANK NA