No. 22-1757

## In the
# United States Court of Appeals
## for the Third Circuit

JOSEPH RIAD & RIAD HOLDINGS, INC.,

*Plaintiffs-Appellants,*

v.

WELLS FARGO BANK, N.A.,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
The Honorable Chad F. Kenney, District Judge
Case No. 2:19-cv-04292

**MOTION TO WITHDRAW AS COUNSEL**

Ashley P. Peterson respectfully moves to withdraw her appearance as counsel for Appellee Wells Fargo Bank, N.A. Ms. Peterson's last day at McGuireWoods LLP is Wednesday, April 5, 2023. Appellee will continue to be represented on appeal by Jarrod D. Shaw of McGuireWoods LLP. This withdrawal will cause no prejudice to the parties.

1

Dated: April 3, 2023               Respectfully submitted,

*s/ Ashley P. Peterson*
Ashley P. Peterson
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-1190
F: (804) 698-2091
apeterson@mcguirewoods.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because:

- The motion contains 53 words, excluding the parts exempted by Rule 27(a)(2)(B).

This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because:

- The motion has been prepared in a proportionally spaced 14-point Times New Roman font using Microsoft Word.

*s/ Ashley P. Peterson*
Ashley P. Peterson

## CERTIFICATE OF SERVICE

I hereby certify that, on April 3, 2023, the foregoing was filed with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*s/ Ashley P. Peterson*
Ashley P. Peterson